# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| LYNDSEY KATHRYN TEMPLE, | CV 19-55-BLG-SPW-TJC |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| -vs- | |
| ALTERNATIVES, INC., a Montana Corporation, and APRIL BARNES, | |
| Defendants. | |

Pursuant to the parties' Stipulation and Motion to Dismiss with Prejudice (Doc. 21), and for good cause appearing,

IT IS HEREBY ORDERED that this action is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

Dated this 2nd day of December, 2019.

SUSAN P. WATTERS
United States District Judge

1